[No. 37186-0-I.   Division One.   May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03574-6, Richard Eadie, J. Pro Tem., entered August 22, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 13200-5-III.   Division Three.   May 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEFERINO
GARCIA VEGA, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 92-1-00108-3, Carol A. Wardell, J., entered March 30, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 17650-5-II.   Division Two.   May 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
TODD WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00288-0, Milton R. Cox, J., entered October 28, 1993. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Armstrong, J. Decision ahered to upon reconsideration, July 28, 1997.

[No. 18174-6-II; 18560-1-II.   Division Two.   May 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
THOMAS WAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00607-3, Edwin L. Poyfair, J., entered March 24, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ.